*E-filed: September 20, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JILL ROACH, | No. C12-02539 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |
| v. | |
| COAST PROFESSIONAL, INC., | |
| Defendant. | |

Plaintiff, represented by counsel, filed her complaint on May 17, 2012 and seeks relief under the Fair Debt Collection Practices Act. The Initial Case Management Conference originally scheduled for July 31, 2012 was continued to September 25, 2012 in order to allow time for Plaintiff to effectuate service on Defendant. In light of the fact that the time limit under Rule 4(m) of the Federal Rules of Civil Procedure for service on Defendant passed on September 14, 2012, and the docket indicates that Plaintiff has yet to serve the summons and complaint on Defendant, Plaintiff shall appear at the conference on September 25, 2012 at 1:30 p.m. in Courtroom 2, United States District Court, 280 South First Street, San Jose, California and show cause, if any, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: Sept. 20, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | **C 12-02539 HRL Notice will be electronically mailed to:**

2 | Michael Collins          mike@collinslamorelaw.com

3 | **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**