*E-FILED: December 3, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JILL ROACH,<br><br>        Plaintiff,<br>  v.<br><br>COAST PROFESSIONAL, INC.,<br><br>        Defendant.<br>_____/ | No. C12-02539 HRL<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT AND ORDER VACATING CASE STATUS CONFERENCE** |

Plaintiff having informed the Court that the parties have reached a settlement in this case, the Case Status Conference, previously scheduled for December 18, 2012, is vacated. All parties shall appear on **January 15, 2013 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **January 8, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: December 3, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 12-02539 HRL Order will be electronically mailed to:**

Michael Collins          mike@collinslamorelaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**