*E-FILED: December 12, 2012*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JILL ROACH,<br><br>  Plaintiff,<br><br>vs.<br><br>COAST PROFESSIONAL, INC.<br><br>  Defendant. | CASE NO. CV12-02539<br><br>[PROPOSED] ORDER RE: STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE<br><br>[Filed concurrently with Stipulation re: Dismissal of Entire Action and All Parties, with Prejudice] |

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that the entire action be dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Clerk of Court to close the file.

Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**

DATED: 12/12/12

~~UNITED STATES DISTRICT COURT JUDGE~~
Howard R. Lloyd
United States Magistrate Judge

---

1

07313.00/189759    [PROPOSED] ORDER RE: STIPULATION RE DISMISSAL